■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN T. WHITLOCK, Appellant. [864 NYS2d 346]—Appeal from a judgment of the Erie County Court (Timothy J. Drury, J.), rendered November 2, 2006. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo,* 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Hurlbutt, Martoche, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID R. CAIN, JR., Appellant. [864 NYS2d 346]—Appeal from a judgment of the Niagara County Court (Angelo J. Morinello, J.), rendered May 16, 2007. The judgment convicted defendant, upon his plea of guilty, of attempted assault in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.